**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WADE THORNTON, | No. 09-15418 |
| Plaintiff - Appellant, | D.C. No. 2:08-cv-01260-WBS-CMK |
| v. | |
| ARNOLD SCHWARZENEGGER; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Eastern District of California
William B. Shubb, District Judge, Presiding

Submitted April 5, 2011[**]

Before:     B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

California state prisoner Wade Thornton appeals pro se from the district

court's judgment dismissing his 42 U.S.C. § 1983 action seeking to prevent his

transfer to an out-of-state prison. We have jurisdiction under 28 U.S.C. § 1291.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

We review de novo. *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir. 2000). We affirm.

The district court properly dismissed Thornton's claim that California Penal Code § 11191 vests him with a state-created liberty interest in avoiding an involuntary transfer to an out-of-state prison because the statute has been revised to delete the requirement that such transfers be voluntary. *See Toussaint v. McCarthy*, 801 F.2d 1080, 1092 (9th Cir. 1986) (a state-created liberty interest ceases to exist if the state repeals the statute or eliminates the regulation creating the liberty interest), *abrogated in part on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995).

Thornton's remaining contentions are unpersuasive.

**AFFIRMED.**

09-15418